# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NF16 | E 1174388 | G.D. RITER | 2616 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒CFR ☐USC ☐State Code |
|---|---|
| 11/04/2021 0940 | 38CFR (.218(b) 29 |

**Place of Offense:** LIBERTY PARKING GARAGE 2ND FLOOR

**Offense Description: Factual Basis for Charge** HAZMAT ☐
PARKING IN RESERVED PATIENT/VISITOR PKNG

### DEFENDANT INFORMATION

| Last Name | First Name |
|---|---|
| LUMFORD | DEONNA |

**Tag No.** Z753MT  **State** FL  **Year** 14  **Make** CHEV  **Model** IMPALA  **Color** WHITE

| APPEARANCE IS REQUIRED | APPEARANCE IS OPTIONAL |
|---|---|
| A ☐ If Box A is checked, you must appear in court. See instructions. | B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. |

$ 15. Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov → $ 45.00 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date | Time |
|---|---|---|

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X **Defendant Signature** No Driver Present

Original - CVB Copy

*E1174388*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **Nov 9, 2021** while exercising my duties as a law enforcement officer in the **NORTHERN** District of **FLORIDA**

On Tuesday, November 9th, 2021, at approximately 0940 hours, while exercising my duties as a Federal Law Enforcement Officer in the Northern District of Florida, I was contacted by the security guard assigned to the Liberty Parking Garage advising of a 2014 Chevrolet, Impala, 4-door, white in color with Florida License Plate # Z75-3MT attached which was parked on the 2nd floor, in an area designated as "Visitor/Patient Parking Only." A query of the attached tag through FCIC/NCIC and DAVID showed that the vehicle was registered to Deonna Y Lumford who is a VA employee.

The foregoing statement is based upon:
☒ my personal observation    ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **11/09/2021**
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident